# GODDARD LAW PLLC

39 Broadway, Suite 1540 | New York, NY 10006
Office. 646.504.8363
Fax. 212.473.8705
Megan@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2023

August 25, 2023

<u>VIA ECF</u>
The Honorable Judge Valerie Caproni
United States District Court Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    **Shanell Martinez v. 189 Chrystie Street Partners, LP d/b/a The Box, et al.**
               **Civ No.: 1:22-cv-03111-VEC**

Dear Judge Caproni:

    The undersigned represents Plaintiff Shanell Martinez ("Plaintiff"), in the above-referenced matter. Plaintiff writes, with Defendants' consent, to respectfully request a 30-day extension of her August 31, 2023, deadline to show cause why her Eleventh and Twelfth causes of action should not be dismissed for lack of standing or file a motion for leave to file a second amended complaint to and including October 2, 2023.

    This extension is needed because Ms. Goddard is currently traveling and will be away until September 11, 2023.

    This is Plaintiff's first request for extension of her August 31, 2023, deadline.

    We thank the Court for its time and attention to this matter and its consideration of this request.

                         Respectfully submitted,

                         GODDARD LAW PLLC
                         *Attorneys for Plaintiff*

                         By: *Megan S. Goddard*

cc: All Counsel of Record [*Via ECF*]        Megan S. Goddard, Esq.

---

Application GRANTED. In light of the lengthy extension, no further extensions will be granted absent good cause. SO ORDERED.

*[signature: Valerie Caproni]*

08/25/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE