

Brian Pete<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
Brian.Pete@lewisbrisbois.com<br>
Direct: 212.232.1363

October 11, 2023

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *Martinez v. 189 Chrystie Street Partners, LP d/b/a The Box et al.*
            Civil Case No.: 1:22-cv-03111-VEC

Dear Judge Caproni:

    We represent Defendants in the above-referenced action. We submit this letter to notify the Court that Defendants do not oppose Plaintiff's motion for leave to file her proposed Second Amended Complaint. (Dkt. Nos. 69-71). Defendants request that they be permitted to respond to Plaintiff's proposed Second Amended Complaint within 21 days of the Court's order granting Plaintiff's motion.

    We thank the Court for its time and attention to this matter.

                                          Respectfully,

                                          /s/ Brian Pete

                                          Brian Pete of
                                          LEWIS BRISBOIS BISGAARD & SMITH LLP