# G O D D A R D   L A W   P L L C



39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2023

October 18, 2023

<u>**VIA ECF**</u>
The Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, New York 10007

Re:   *Shanell Martinez v. 189 Chrystie Street Partners, LP, d/b/a The Box, et. al.*
      Case No.*: 1:22-cv-03111-VEC*

Dear Honorable Judge Caproni:

The undersigned represents Plaintiff Shannell Martinez ("Plaintiff") in the above-referenced matter. Plaintiff writes, with Defendants' consent, to respectfully request an adjournment of the October 20, 2023, Initial Pretrial Conference.

This adjournment is respectfully requested because the attorney assigned to the matter suddenly became unavailable this morning and Ms. Goddard will be in Louisiana. Should the Court wish to proceed with the Initial Pretrial Conference as scheduled, the firm will make the necessary efforts to have an attorney cover the conference. However, should this Court wish to discuss Plaintiff's Motion for Leave to file the Third Amended Complaint, Ms. Goddard respectfully requests that she be allowed to appear on a different date. The parties have conferred and respectfully provide this Court with November 3, 2023, as an availability date to respectfully assist this Court with the adjournment date.

This is Plaintiff's first request for an adjournment of the October 20, 2023, Initial Pretrial Conference.

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Megan S. Goddard*
By: Megan S. Goddard, Esq.

cc: All counsel [*Via ECF*]

---

The initial pretrial conference is ADJOURNED to **Thursday, October 26, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.
SO ORDERED.

*[signature]*     10/18/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE