# EXHIBIT C

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/25/2024 | | ED-text to client and review of DocuSign for the settlement agreements. Email with CE.  ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.11h | $175.00 | - | $19.25 |
| 04/25/2024 | | Email from ED regarding settlement and Cheeks.  ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/25/2024 | | Email to ED, HR regarding settlement and Cheeks.  ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/25/2024 | | Email to OC regarding settlement and Cheeks.  ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/25/2024 | | Email from OC regarding settlement and Cheeks.  ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/24/2024 | | ED-revised if client signed settlement agreements. Still pending.  ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.06h | $175.00 | - | $10.50 |
| 04/24/2024 | | Phone call with client regarding settlement.  ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.30h | $350.00 | - | $105.00 |
| 04/24/2024 | | Text correspondence with client regarding settlement.  ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.20h | $350.00 | - | $70.00 |
| | | | | | **115.48h** | | **$0.00** 0.00h | **$37,302.25** 115.48h |

1/22

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/23/2024 | 🕐 | Mediation with Michael Kreitman<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Megan Goddard | 4.00h | $700.00 | - | $2,800.00 |
| 04/23/2024 | 🕐 | ED-review of DocuSign if client signed the settlement agreements. Review of latest emails exchanges with opposing counsel.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.05h | $175.00 | - | $8.75 |
| 04/22/2024 | 🕐 | ED-emails with CE regarding the settlement documents. Email to client and sent agreements to client via DocuSign. Updated matter calendar.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.28h | $175.00 | - | $49.00 |
| 04/22/2024 | 🕐 | Text correspondence with client regarding settlement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/22/2024 | 🕐 | Email from opp regarding settlement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/22/2024 | 🕐 | Email to opp regarding settlement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/22/2024 | 🕐 | Phone call with client regarding the settlement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.20h | $350.00 | - | $70.00 |
| 04/22/2024 | 🕐 | Email from ED regarding settlement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.20h | $350.00 | - | $70.00 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 04/22/2024 | 🕐 | Email to ED regarding client signature on settlement agreements.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/22/2024 | 🕐 | Review final settlement agreements.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.30h | $350.00 | - | $105.00 |
| 04/22/2024 | 🕐 | Email to HR regarding Cheeks information.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/22/2024 | 🕐 | Email to OC regarding settlement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/22/2024 | 🕐 | Review proposed extension letter.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.20h | $350.00 | - | $70.00 |
| 04/22/2024 | 🕐 | Email from opp regarding settlement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/19/2024 | 🕐 | Email to OC regarding settlement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.20h | $350.00 | - | $70.00 |
| 04/19/2024 | 🕐 | Revise settlement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.20h | $350.00 | - | $70.00 |
| 04/18/2024 | 🕐 | Review and correct settlement agreement calculations.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.40h | $350.00 | - | $140.00 |
| 04/17/2024 | 🕐 | Email to OC regarding settlement | 00334-Martinez | Clela | 0.10h | $350.00 | - | $35.00 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | papers.<br>● Unbilled | Martinez v. The Box NYC | Errington | | | | |
| 04/17/2024 | 🕐 | Email from OC regarding settlement papers.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/17/2024 | 🕐 | Review/revise settlement papers.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.80h | $350.00 | - | $280.00 |
| 04/12/2024 | 🕐 | Phone call with client regarding settlement.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.30h | $350.00 | - | $105.00 |
| 04/12/2024 | 🕐 | Email from client regarding settlement.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/11/2024 | 🕐 | Research on former associates.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.40h | $350.00 | - | $140.00 |
| 04/11/2024 | 🕐 | Review/revise Cheeks letter.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.60h | $350.00 | - | $210.00 |
| 04/11/2024 | 🕐 | Emails with MG and HR regarding Cheeks letter.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.30h | $350.00 | - | $105.00 |
| 04/05/2024 | 🕐 | Revise Cheeks letter.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.40h | $350.00 | - | $140.00 |
| 04/05/2024 | 🕐 | Email from OC regarding settlement agreements.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| | | | | | **115.48h**<br>0.00h | | **$0.00** | **$37,302.25**<br>115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 04/05/2024 | 🕐 | Email to OC regarding settlement agreements.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/05/2024 | 🕐 | Phone conversation with MG regarding settlement agreements.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.40h | $350.00 | - | $140.00 |
| 04/05/2024 | 🕐 | Phone conversation with MG regarding settlement agreements.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/05/2024 | 🕐 | HR-Draft and Filed Letter to Judge Re-Extension of Deadline to File Joint Cheeks Motion<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.69h | $175.00 | - | $120.75 |
| 04/05/2024 | 🕐 | Review/revise settlement agreement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.60h | $350.00 | - | $210.00 |
| 04/05/2024 | 🕐 | Email from MG regarding settlement agreements.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/05/2024 | 🕐 | Email to HR regarding settlement agreements.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/05/2024 | 🕐 | Email from HR regarding settlement agreements.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 04/04/2024 | 🕐 | Email from MG regarding FLSA agreement. | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| | | | | | 115.48h | | $0.00<br>0.00h | $37,302.25<br>115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ● Unbilled | | | | | | |
| 04/04/2024 | 🕐 | Email to MG regarding FLSA agreement.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela<br>Errington | 0.10h | $350.00 | - | $35.00 |
| 04/04/2024 | 🕐 | Review/revise FLSA agreement.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela<br>Errington | 0.60h | $350.00 | - | $210.00 |
| 04/02/2024 | 🕐 | Text correspondence with MG regarding settlement agreements.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela<br>Errington | 0.10h | $350.00 | - | $35.00 |
| 04/02/2024 | 🕐 | Review/revise settlement agreements.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela<br>Errington | 0.40h | $350.00 | - | $140.00 |
| 03/29/2024 | 🕐 | Call with client regarding settlement agreements.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela<br>Errington | 0.70h | $350.00 | - | $245.00 |
| 03/29/2024 | 🕐 | Review settlement documents in preparation for client call.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela<br>Errington | 0.30h | $350.00 | - | $105.00 |
| 03/28/2024 | 🕐 | Review non FLSA settlement agreement.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela<br>Errington | 0.60h | $350.00 | - | $210.00 |
| 03/28/2024 | 🕐 | Email to client regarding settlement agreement.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela<br>Errington | 0.10h | $350.00 | - | $35.00 |
| 03/28/2024 | 🕐 | Email to HR regarding settlement | 00334-Martinez | Clela | 0.10h | $350.00 | - | $35.00 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | agreement. | Martinez v. The Box NYC | Errington | | | | |
| | | ● Unbilled | | | | | | |
| 03/28/2024 | ⏲ | Email to HR regarding settlement agreement. | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| | | ● Unbilled | | | | | | |
| 03/28/2024 | ⏲ | Review FLSA settlement agreement. | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.30h | $350.00 | - | $105.00 |
| | | ● Unbilled | | | | | | |
| 03/28/2024 | ⏲ | Email from HR regarding settlement agreement. | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| | | ● Unbilled | | | | | | |
| 03/06/2024 | ⏲ | Participate in Mediation | 00334-Martinez Martinez v. The Box NYC | Megan Goddard | 10.00h | $700.00 | - | $7,000.00 |
| | | ● Unbilled | | | | | | |
| 03/06/2024 | ⏲ | Email to MG. | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| | | ● Unbilled | | | | | | |
| 03/06/2024 | ⏲ | Draft damage calculations. | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 1.10h | $350.00 | - | $385.00 |
| | | ● Unbilled | | | | | | |
| 03/06/2024 | ⏲ | Review damages calculation. | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.30h | $350.00 | - | $105.00 |
| | | ● Unbilled | | | | | | |
| 03/06/2024 | ⏲ | Phone call with MG regarding damages calculation. | 00334-Martinez Martinez v. The Box NYC | Clela Errington | 0.30h | $350.00 | - | $105.00 |
| | | ● Unbilled | | | | | | |
| 03/05/2024 | ⏲ | HR-Produce Plaintiff's Supplemental Production | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.53h | $175.00 | - | $92.75 |
| | | ● Unbilled | | | | | | |
| | | | | | **115.48h** | | **$0.00** 0.00h | **$37,302.25** 115.48h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 03/04/2024 | 🕐 | HR-Reviewed and Organized Text Messages for Production<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 2.19h | $175.00 | - | $383.25 |
| 03/04/2024 | 🕐 | HR-Call with Client Re-Review of Interrogatory Responses, Edit Interrogatory Responses and Uploaded to DocuSign for client's signature<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.67h | $175.00 | - | $117.25 |
| 02/20/2024 | 🕐 | Call with Mediator Kreitman<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Megan Goddard | 0.28h | $700.00 | - | $196.00 |
| 02/13/2024 | 🕐 | Emails with HR and MG regarding confidentiality agreement.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.10h | $350.00 | - | $35.00 |
| 02/13/2024 | 🕐 | Review proposed confidentiality order.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Clela Errington | 0.30h | $350.00 | - | $105.00 |
| 02/13/2024 | 🕐 | SKs - download/save CIOX Correspondence from Northwestern; email to HR<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.10h | $175.00 | - | $17.50 |
| 02/01/2024 | 🕐 | HR-Draft Responses to Defendants' Request for Documents and Upload Client Documents to Disco<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 1.65h | $175.00 | - | $288.75 |
| 02/01/2024 | 🕐 | HR-Draft Responses and Objections to Defendants' First Set | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 3.54h | $175.00 | - | $619.50 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | of Interrogatories and Sent to Client for review ● Unbilled | | | | | | |
| 01/30/2024 | 🕐 | HR-Draft of Responses to Interrogatory Demands ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.66h | $175.00 | - | $115.50 |
| 01/30/2024 | 🕐 | HR-Call with Client Re-Client Documents and Responses to Defendants Demands ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 3.80h | $175.00 | - | $665.00 |
| 01/02/2024 | 🕐 | HR-Call with Client Re-Additional HIPAA for ER Visits, Prepared HIPPAs, Review, edit, and finalize first set of discovery demands and serve on OC ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 3.21h | $175.00 | - | $561.75 |
| 12/19/2023 | 🕐 | HR-Upload 12/15 ECF Filings to Clio, Update Calendar, Prepare HIPAA Authorizations and Submit to OC and Therapists ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.62h | $175.00 | - | $108.50 |
| 12/18/2023 | 🕐 | JER drafted discovery demands ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 5.50h | $175.00 | - | $962.50 |
| 12/01/2023 | 🕐 | Review and Edit Damages included in Initial Disclosures ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Megan Goddard | 0.45h | $700.00 | - | $315.00 |
| 12/01/2023 | 🕐 | HR-Draft, Finalized, and Served Initial Disclosures ● Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 1.60h | $175.00 | - | $280.00 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | | | | | | |
| 12/01/2023 | 🕐 | HR-Call with Client Re-Initial Disclosures [Witnesses/ Documents/Damages]<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 2.00h | $175.00 | - | $350.00 |
| 11/21/2023 | 🕐 | HR-Finalize and Filed Third Amended Complaint<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.52h | $175.00 | - | $91.00 |
| 11/20/2023 | 🕐 | HR-Edit Stipulation Re-Amendment of Complaint, Emails with OC Re-Edits to Stipulation, Filed Stipulation Amending Complaint, and Calendar all deadlines Per Civil Case Management Order and Scheduling Plan [Dkt No. 90]<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.76h | $175.00 | - | $133.00 |
| 11/20/2023 | 🕐 | HR-Review Rule 15 Re-Amendment of Pleadings, Draft Stipulation Re-Amendment of Complaint and Email to OC for Review<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.35h | $175.00 | - | $61.25 |
| 11/17/2023 | 🕐 | Attended In-Person Initial Pre-Trial Conference<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Megan Goddard | 0.33h | $700.00 | - | $231.00 |
| 11/17/2023 | 🕐 | HR-Review and edit Second Amended Complaint Per-MG's Instructions and Sent to MG | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 1.00h | $175.00 | - | $175.00 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 10/25/2023 | 🕐 | HR-Review October-November Calendar Re-MG Unavailability, Call Court Re-Adjournment of 10.26 Conference, Draft, and File Letter to Court Re-Adjournment of 10.26 Conference, Emails with OC Re-Adjournment <br><br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.86h | $175.00 | - | $150.50 |
| 10/18/2023 | 🕐 | HR-Draft Letter to Judge Re-Adjournment of 10/20 Conference <br><br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.21h | $175.00 | - | $36.75 |
| 10/17/2023 | 🕐 | Call with HR Re-Review of Proposed Third Amended Complaint <br><br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Megan Goddard | 1.70h | $700.00 | - | $1,190.00 |
| 10/17/2023 | 🕐 | HR-Review Proposed Third Amended Complaint, Edit, and Prepare for filing, Emails/calls/texts with MG and RF Re-Changes to TAC <br><br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 2.12h | $175.00 | - | $371.00 |
| 10/17/2023 | 🕐 | HR-Review MOL, Prepare TOC/TOA <br><br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 1.10h | $175.00 | - | $192.50 |
| 10/10/2023 | 🕐 | reivew docket, draft joint letter pre-conference submissions, emails to HR and MG re same. <br><br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Rachel Feingold | 2.10h | $0.00 | - | $0.00 |
| | | | | | **115.48h** <br> 0.00h | | **$0.00** | **$37,302.25** <br> 115.48h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 10/03/2023 | 🕐 | HR-Refiled Motion for Leave to Amend Plaintiff's First Amended Complaint<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.51h | $175.00 | - | $89.25 |
| 10/02/2023 | 🕐 | Reviewed and edit Motion for Leave to Third File Amended Complaint<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Megan Goddard | 1.50h | $700.00 | - | $1,050.00 |
| 10/02/2023 | 🕐 | finished and filed motion for leave to file the second amended complaint<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Rachel Feingold | 2.50h | $0.00 | - | $0.00 |
| 10/02/2023 | 🕐 | motion for leave to file amended complaint<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Rachel Feingold | 6.00h | $0.00 | - | $0.00 |
| 09/23/2023 | 🕐 | save research for OTSC in LEXIS<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Rachel Feingold | 0.10h | $0.00 | - | $0.00 |
| 09/06/2023 | 🕐 | review deadlines/emails and calls to WR, HR re extensions/email to opposing counsel re consent/ review court rules/draft letter motion/learn PACER<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Rachel Feingold | 3.00h | $0.00 | - | $0.00 |
| 09/06/2023 | 🕐 | WR- Draft/format letter to submit via court; Confer w/RF re same<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.50h | $175.00 | - | $87.50 |
| 09/05/2023 | 🕐 | call with WR re sending letter to request extension | 00334-Martinez<br>Martinez v. The Box NYC | Rachel Feingold | 0.20h | $0.00 | - | $0.00 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ● Unbilled | | | | | | |
| 09/05/2023 | 🕐 | WR- Revise docket and deadlines; Reach out to Court re deadlines and confer w/RF re submission of letter <br> ● Unbilled | 00334-Martinez <br> Martinez v. The Box NYC | Kimberly Foote | 0.20h | $175.00 | - | $35.00 |
| 09/05/2023 | 🕐 | review prior emails re extensions, calendar and prior court order 8/22 and Dkt No. 33. Messages and emails with WR re extensions of deadlines and reaching out to law clerk re same. <br> ● Unbilled | 00334-Martinez <br> Martinez v. The Box NYC | Rachel Feingold | 0.50h | $0.00 | - | $0.00 |
| 08/31/2023 | 🕐 | introductory call with client. Discussed motion to dismiss decision, next steps. Discussed her factual allegations in complaint and mental health treatment history. <br> ● Unbilled | 00334-Martinez <br> Martinez v. The Box NYC | Rachel Feingold | 0.60h | $0.00 | - | $0.00 |
| 08/30/2023 | 🕐 | research re filing of OTSC on NYLL wage notice claims/emails with MG re same <br> ● Unbilled | 00334-Martinez <br> Martinez v. The Box NYC | Rachel Feingold | 0.70h | $0.00 | - | $0.00 |
| 08/30/2023 | 🕐 | introductory call, left VM for client <br> ● Unbilled | 00334-Martinez <br> Martinez v. The Box NYC | Rachel Feingold | 0.10h | $0.00 | - | $0.00 |
| 08/29/2023 | 🕐 | review decision and order on motion to dismiss/preliminary research re order to show cause | 00334-Martinez <br> Martinez v. The Box NYC | Rachel Feingold | 0.93h | $0.00 | - | $0.00 |
| | | | | | **115.48h** | | **$0.00** <br> 0.00h | **$37,302.25** <br> 115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | on NYLL claims<br>🔵 Unbilled | | | | | | |
| 08/29/2023 | 🕐 | WR- Draft/file NOA for RF; Update docket and revise calendar<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.40h | $175.00 | - | $70.00 |
| 08/29/2023 | 🕐 | WR- Revise docket and update same; Check calendar<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.03h | $175.00 | - | $5.25 |
| 08/25/2023 | 🕐 | email to client re introduction and scheduling call for updates<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Rachel Feingold | 0.10h | $0.00 | - | $0.00 |
| 08/21/2023 | 🕐 | review and reply to emails with new case assignment etc<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Rachel Feingold | 0.30h | $0.00 | - | $0.00 |
| 07/17/2023 | 🕐 | Conference with client<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Adam Grogan | 0.80h | $475.00 | - | $380.00 |
| 07/17/2023 | 🕐 | Review file in preparation for conference with client<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Adam Grogan | 1.00h | $475.00 | - | $475.00 |
| 07/15/2023 | 🕐 | Review case status in preparation for telephone call with client<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Adam Grogan | 0.80h | $475.00 | - | $380.00 |
| 07/15/2023 | 🕐 | Meeting with client regarding case status<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Adam Grogan | 0.40h | $475.00 | - | $190.00 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 07/05/2023 | 🕐 | WR- Review of emails and docket/ deadlines; Update notes re client call w/MG • Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.10h | $175.00 | - | $17.50 |
| 03/27/2023 | 🕐 | HR-Review Docket Re-Extension Requests for MTD, Draft Letter to Court Re-Extension of time to file opp to MTD AC and File • Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.61h | $175.00 | - | $106.75 |
| 03/24/2023 | 🕐 | Discuss motion to dismiss opposition arguments with LB and SK. • Unbilled | 00334-Martinez Martinez v. The Box NYC | Anthony Consiglio | 0.40h | $475.00 | - | $190.00 |
| 02/22/2023 | 🕐 | JER sent Chris amended complaint and MOL in motion to dismiss. • Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.09h | $175.00 | - | $15.75 |
| 12/06/2022 | 🕐 | LH - prepared Notice of Withdrawal and filed, uploaded to Clio and calendared. • Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.33h | $175.00 | - | $57.75 |
| 12/06/2022 | 🕐 | LH - emailed Salini to confirm payment was sent to Dr. L'Insalata's office for medical records. • Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.08h | $175.00 | - | $14.00 |
| 12/05/2022 | 🕐 | LH - called Dr. office to f/u with his assistant re: HIPAA requests. Left VM message. | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.08h | $175.00 | - | $14.00 |
| | | | | | **115.48h** | | **$0.00** 0.00h | **$37,302.25** 115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ● Unbilled | | | | | | |
| 12/02/2022 | 🕐 | LH - spoke to Office Clerk who verified receiving HIPAA requests. left message for Dr.'s assistant to contact me regarding same.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.08h | $175.00 | - | $14.00 |
| 11/29/2022 | 🕐 | LH - called to f/u on HIPAAs; no one answers and is sent directly to voicemail; left voicemail message.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.08h | $175.00 | - | $14.00 |
| 11/23/2022 | 🕐 | LH - called to f/u on HIPAAs; left voicemail message.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.08h | $175.00 | - | $14.00 |
| 11/18/2022 | 🕐 | LH - called twice and left 2 VMs regarding HIPAAs.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.08h | $175.00 | - | $14.00 |
| 11/17/2022 | 🕐 | LH - Call to Dr.'s office to f/u on HIPAAs.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.08h | $175.00 | - | $14.00 |
| 11/11/2022 | 🕐 | LH - faxed Two HIPAA Requests.<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.08h | $175.00 | - | $14.00 |
| 11/10/2022 | 🕐 | Call with client re damages and mitigation<br>● Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 1.34h | $475.00 | - | $636.50 |
| 11/10/2022 | 🕐 | LH - several phone calls to Medical Center to locate dr. info and fax no. to request HIPAAs; texts with CL | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.33h | $175.00 | - | $57.75 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | re therapist last name, prepared HIPAAs.<br>🔵 Unbilled | | | | | | |
| 11/03/2022 | 🕐 | LH - Sent CL Mediation Confidentiality Agreement for signature.<br>🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.08h | $175.00 | - | $14.00 |
| 10/28/2022 | 🕐 | Emailed OC asking them to give mediation availability<br>🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Shaina Wood | 0.09h | $475.00 | - | $42.75 |
| 10/28/2022 | 🕐 | LH - uploaded Order Re: Case Referred For Mediation; updated all deadlines on calendar.<br>🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.25h | $175.00 | - | $43.75 |
| 10/27/2022 | 🕐 | Call with OC<br>🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Shaina Wood | 0.17h | $475.00 | - | $80.75 |
| 10/24/2022 | 🕐 | Emails with LH re 11/4 court appearance<br>🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Shaina Wood | 0.17h | $475.00 | - | $80.75 |
| 10/21/2022 | 🕐 | Double checked docket to make sure pre-conference submission was already made<br>🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Shaina Wood | 0.17h | $475.00 | - | $80.75 |
| 10/21/2022 | 🕐 | LH - called Clerk to Justice Caproni and confirmed In-Person court appearance for Initial Pre-Trial Conference (11/4/22)<br>🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.17h | $175.00 | - | $29.75 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 10/19/2022 | 🕐 | Found previous emails about settlement, forwarded to MG<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 0.17h | $475.00 | - | $80.75 |
| 10/06/2022 | 🕐 | SKS - forward Word version of Amended Complaint to HR<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.10h | $175.00 | - | $17.50 |
| 10/06/2022 | 🕐 | HR-Revise Amended Complaint and Fix Formatting, Redline Amended Complaint and Print in PDF for Filing, Filing of Revised Amended Complaint and Redline [Experienced issues with PDF of Redlined Complaint]<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 1.07h | $175.00 | - | $187.25 |
| 10/05/2022 | 🕐 | SKS - Formatting edits; final pdf and efile<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 1.30h | $175.00 | - | $227.50 |
| 10/05/2022 | 🕐 | LH uploaded Dkts. 39-40, updated calendar deadlines and SW case list.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.33h | $175.00 | - | $57.75 |
| 09/23/2022 | 🕐 | LH Uploaded dockets re: Joint Letter to Court, Exhibit re: Case Management Plan/Scheduling Order and So-Order and updated calendar.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.17h | $175.00 | - | $29.75 |
| 09/22/2022 | 🕐 | Emails with SW Re-Overtime Claims included in Joint Letter | 00334-Martinez<br>Martinez v. The Box NYC | Megan Goddard | 0.33h | $700.00 | - | $231.00 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | • Unbilled | | | | | | |
| 09/22/2022 | 🕐 | Wrote our part of joint letter<br>• Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 0.75h | $475.00 | - | $356.25 |
| 09/21/2022 | 🕐 | Email to mG recapping call w/ OC<br>• Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 0.09h | $475.00 | - | $42.75 |
| 09/21/2022 | 🕐 | Call w/ OC to discuss initial scheduling order, possibility of mediation<br>• Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 0.24h | $475.00 | - | $114.00 |
| 09/21/2022 | 🕐 | Found Judge's proposed scheduling order, prep for call w/ OC<br>• Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 0.17h | $475.00 | - | $80.75 |
| 09/20/2022 | 🕐 | Review Updated Draft of Opposition to MTD Re-Overtime Claims<br>• Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Megan Goddard | 0.47h | $700.00 | - | $329.00 |
| 09/20/2022 | 🕐 | TC w/ MG; read MOL in opp<br>• Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Siobhan Klassen | 0.50h | $475.00 | - | $237.50 |
| 09/20/2022 | 🕐 | HR-Email to Janelle with MTD and Complaint<br>• Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.10h | $175.00 | - | $17.50 |
| 09/19/2022 | 🕐 | Review of Opposition to MTD Re-Overtime Claims<br>• Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Megan Goddard | 0.60h | $700.00 | - | $420.00 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

04/26/2024
11:42 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 09/19/2022 | 🕐 | Re-wrote section of Opp after email from MG.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 0.34h | $475.00 | - | $161.50 |
| 09/19/2022 | 🕐 | Drafting Opp, sent to MG<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 1.00h | $475.00 | - | $475.00 |
| 09/19/2022 | 🕐 | Research into FLSA 40 hours requirement as it relates to other FLSA claims<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 1.00h | $475.00 | - | $475.00 |
| 09/19/2022 | 🕐 | HR-Email to OC Re-Extension of Deadline to File Opposition to MTD, Draft and File Letter Re-Extension of Deadline to File MTD, Call with SW Re-9/30 Conference, Calendar all deadlines related to the 9/30 conference<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 1.72h | $175.00 | - | $301.00 |
| 09/01/2022 | 🕐 | Call with client and MG<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 0.50h | $475.00 | - | $237.50 |
| 08/31/2022 | 🕐 | Research into contract rules/ enforceability<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 0.50h | $475.00 | - | $237.50 |
| 08/31/2022 | 🕐 | Review of filing made by The Box<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 0.50h | $475.00 | - | $237.50 |
| 08/31/2022 | 🕐 | Call with client's former counsel<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Shaina Wood | 0.15h | $475.00 | - | $71.25 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 08/26/2022 | 🕐 | JER added docket copy 34 - Motion for extension of time to file response and reply granted and updated the calendar<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.09h | $175.00 | - | $15.75 |
| 08/25/2022 | 🕐 | JER drafted and filed NOA for SW and filed Letter Requesting Extension to File Opp<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.50h | $175.00 | - | $87.50 |
| 08/24/2022 | 🕐 | JER drafted letter request for an extension to file Opp. and sent to SW to review and revise as needed.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.75h | $175.00 | - | $131.25 |
| 08/24/2022 | 🕐 | JER emailed OC requesting his consent to file two-week extension request on Opp<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.17h | $175.00 | - | $29.75 |
| 08/24/2022 | 🕐 | JER uploaded docket copy 28 - 29-4 (D's MTD) to clio and added motion deadlines to calendar.<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.34h | $175.00 | - | $59.50 |
| 08/12/2022 | 🕐 | Call with OC<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Megan Goddard | 0.25h | $700.00 | - | $175.00 |
| 06/09/2022 | 🕐 | Filed Waivers of Service and Updated Clio Calendar [HR]<br>🔵 Unbilled | 00334-Martinez<br>Martinez v. The Box NYC | Kimberly Foote | 0.50h | $175.00 | - | $87.50 |
| 05/27/2022 | 🕐 | Email to Client Re-Update of | 00334-Martinez | Kimberly | 0.10h | $175.00 | - | $17.50 |
| | | | | | **115.48h** | | **$0.00**<br>0.00h | **$37,302.25**<br>115.48h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Service and Defendants' Deadline to Respond to Complaint [HR] <br> 🔵 Unbilled | Martinez v. The Box NYC | Foote | | | | |
| 05/27/2022 | 🕐 | Prepared Waivers of Service for All Defendants and Emailed to OC [HR] <br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Kimberly Foote | 0.40h | $175.00 | - | $70.00 |
| 04/12/2022 | 🕐 | Review of HR's Review of Complaint and Authorize for Filing <br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Megan Goddard | 1.48h | $700.00 | - | $1,036.00 |
| 03/16/2022 | 🕐 | Review of Complaint and Emails with LB Re-NY Labor Law claims in Complaint <br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Megan Goddard | 2.63h | $700.00 | - | $1,841.00 |
| 03/11/2022 | 🕐 | Review of Complaint and Emails with LB Re-Tip Polling and Commissions <br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Megan Goddard | 0.84h | $700.00 | - | $588.00 |
| 02/18/2022 | 🕐 | Edits to Complaint and Email to LB with Redlines to FLSA Causes of Action <br> 🔵 Unbilled | 00334-Martinez Martinez v. The Box NYC | Megan Goddard | 2.38h | $700.00 | - | $1,666.00 |
| | | | | | **115.48h** <br> 0.00h | | **$0.00** | **$37,302.25** <br> 115.48h |